UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZANE HARDIN, ) | CIV-F-08-0617 AWI GSA |
| Plaintiff, ) | |
| v. ) | ORDER VACATING HEARING DATE OF JUNE 30, 2008 AND TAKING MATTER UNDER SUBMISSION |
| WAL-MART STORES, INC.; and DOES 1-100, ) | |
| Defendants. ) | |

Defendant Wal-Mart Stores has filed a motion to dismiss Plaintiff's first, second, and fourth causes of action. Doc. 7. Plaintiff has filed a timely opposition[1]; Defendant has filed a timely reply. Docs. 11 and 12. The court has reviewed the papers and has determined that the motions are suitable for decision without further oral argument. See Local Rule 78-230(h).

---

[1] The court notes that Plaintiff's opposition consists largely of a request for leave to amend the complaint. Under Fed. R. Civ. Proc. §15(a), "A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served or, if the pleading is one to which no responsive pleading is permitted and the action has not been placed upon the trial calendar, the party may so amend it at any time within 20 days after it is served." A complaint is a pleading to which a responsive pleading (answer) is required. A motion to dismiss is not a responsive pleading to a complaint. Plaintiff does not need leave of court to file an amended complaint. The court's action in taking the matter under submission does not bar Plaintiff from filing an amended complaint. Any such complaint filed before the court issued an order on Defendant's motion would moot the motion to dismiss.

1

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 30, 2008, is VACATED, and no party shall appear at that time. As of that date, the court will take the matters under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    **June 24, 2008**              **/s/ Anthony W. Ishii**
                                                   UNITED STATES CHIEF DISTRICT JUDGE