# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| ZANE HARDIN, | ) | CIV-F-08-0617 AWI GSA |
|         **Plaintiff**, | ) | |
| | ) | **ORDER VACATING HEARING** |
|     v. | ) | **DATE OF MARCH 16, 2009 AND** |
| | ) | **TAKING MATTER UNDER** |
| WAL-MART STORES, INC.; and DOES | ) | **SUBMISSION** |
| 1-100, | ) | |
| | ) | |
|         **Defendants**. | ) | |
| _____ | ) | |

Defendant Wal-Mart Stores has filed a motion to dismiss Plaintiff's first amended complaint and/or for more definite statement. Plaintiff has filed an opposition; Defendant has filed a reply. The court has reviewed the papers and has determined that the motions are suitable for decision without further oral argument. See Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 16, 2009, is VACATED, and no party shall appear at that time. As of that date, the court will take the matters under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   __March 12, 2009__        _____/s/ Anthony W. Ishii_____
                                    CHIEF UNITED STATES DISTRICT JUDGE