1
2
3
4                          UNITED STATES DISTRICT COURT
5                          EASTERN DISTRICT OF CALIFORNIA
6
7

8   **ZANE HARDIN,**                      )   **CIV-F-08-0617 AWI GSA**
                                          )
9               **Plaintiff,**            )   **ORDER VACATING TRIAL DATE**
                                          )   **OF OCTOBER 26, 2010 AND**
10      **v.**                            )   **VACATING HEARING DATE OF**
                                          )   **SEPTEMBER 20, 2010 AND**
11  **WAL-MART STORES, INC.; and DOES**   )   **TAKING MATTER UNDER**
    **1-100,**                            )   **SUBMISSION**
12                                        )
                **Defendants**.           )
13  _____       )

14
15
16          Defendant Wal-Mart Stores has filed a motion for summary judgment. Doc. 62.  Plaintiff
17  Hardin has filed an opposition. Doc. 75.  Defendant has filed a reply. Doc. 91.  The court has
18  reviewed the papers and has determined that the motions are suitable for decision without further
    oral argument. See Local Rule 230(g).
19
20          Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September
21  20, 2010, is VACATED, and no party shall appear at that time.  As of that date, the court will
22  take the matters under submission and will thereafter issue its decision.  A jury trial is currently
23  scheduled to begin on October 26, 2010.  Given the number of issues that must be resolved, the
24  case will not be ready for trial by that time.  Therefore, the trial date of October 26, 2010 and all
25  dates and orders relating to the trial are VACATED.

    IT IS SO ORDERED.
26
27  Dated:   September 15, 2010          _____
28                                        CHIEF UNITED STATES DISTRICT JUDGE

1