JOHN A. SHEPARDSON, ESQ. SBN: 129081
59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
Telephone: (408) 395-3701
Facsimile: (408) 395-0112

Attorneys for Plaintiff,
ZANE HARDIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZANE HARDIN,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>WAL-MART STORES, INC., and<br>DOES 1-100, inclusive,<br><br>　　　　　　Defendants. | Case No. 1:08-CV-00617 AWI<br><br>**STIPULATION AND ORDER TO CONTINUE DEFENDANTS' MOTION TO DISMISS HEARING** |

　　The parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

　　WHEREAS, Defendants' Motion to Dismiss hearing is currently set for February 28, 2011;

　　WHEREAS, Plaintiff's counsel has on calendar a Trial commencing on February 28, 2011.

　　NOW, THEREFORE, IT IS AGREED AND STIPULATED THAT Defendants' Motion to Dismiss hearing shall be continued from February 28, 2011 at 1:30 p.m. to March 14, 2011 at 1:30 p.m. in Courtroom 2.

　　IT IS SO STIPULATED.

　　Dated: January 28, 2011　　　　LAW OFFICES OF JOHN A. SHEPARDSON

                                /S/ JOHN A. SHEPARDSON
                                John A. Shepardson, Attorney for
                                Plaintiff, ZANE HARDIN

Dated: January 28, 2011        LAW OFFICES OF PHILIPS, SPALLAS
                                & ANGSTADT LLP

                                /S/ GREGORY L. SPALLAS  (as authorized on 1/28/11)
                                Gregory L. Spallas
                                Anna C. Grehriger,
                                Attorneys for Defendants
                                WAL-MART STORES, INC.
                                and GREGORY COX


IT IS SO ORDERED.

Dated:     February 2, 2011                                                              _____
                                                                   CHIEF UNITED STATES DISTRICT JUDGE