**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ZANE HARDIN, | ) | CIV-F-08-0617 AWI GSA |
| | ) | |
| **Plaintiff**, | ) | **ORDER HEARING DATE OF** |
| | ) | **MARCH 14, 2011 AND TAKING** |
| v. | ) | **MATTER UNDER SUBMISSION** |
| | ) | |
| WAL-MART STORES, INC.; and DOES | ) | |
| 1-100, | ) | |
| | ) | |
| **Defendants**. | ) | |
| _____ | ) | |

Defendant Wal-Mart Stores has filed a motion to dismiss. Plaintiff Hardin has filed an opposition. Defendant has filed a reply. The court has reviewed the papers and has determined that the motions are suitable for decision without further oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 14, 2011, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   March 9, 2011                          _____
                                               CHIEF UNITED STATES DISTRICT JUDGE