**JOHN A. SHEPARDSON, SBN 129081**
59 N. Santa Cruz Ave., Ste. Q
Los Gatos, CA 95030
T (408) 395-3701
F  (408) 395-0112
E Shepardsonlaw@me.com

Attorney for PLAINTIFF
**ZANE HARDIN**

**Gregory L. Spallas, SBN 129306**
**Anna C. Gehriger, SBN 248484**
PHILLIPS, SPALLAS & ANGSTADT LLP
Three Embarcadero, Suite 550
San Francisco, California 94111
Tel:     (415) 278-9400
Fax:    (415) 278-9411
E: gspallas@psalaw.net
E: agehriger@psalaw.net

Attorneys for Defendant
WAL-MART STORES, INC.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZANE HARDIN,<br><br>         Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>         Defendant.<br>_____ | **CASE NO.:  1:08-CV-00617 AWI-BAM**<br><br>**EXPARTE APPLICATION, JOINT STIPULATION, AND ORDER BRIEFLY EXTENDING NONEXPERT DISCOVERY DEADLINE** |

    Plaintiff Zane Hardin went in for Cancer Surgery on October 17, 2011.  Depositions were originally set for Plaintiff and Wal-Mart employees for October 25 and 26.   In light of

1

the surgery, and need for recovery time, the parties have agreed to postpone the depositions.  The nonexpert discovery cutoff is presently set for November 7.  The parties jointly request a modification of the scheduling order to allow the nonexpert discovery cutoff to be extended to December 15, 2011.   The proposed extension of time to complete non-expert discovery is necessary to allow the parties to conduct and complete necessary depositions and follow up discovery and factual investigation relating to allegations in plaintiff's Third Amended Complaint.

So agreed:
Dated: 10/19/11                                    /s/ John A. Shepardson
                                                             John A. Shepardson, Esq.
                                                             for Plaintiff Zane Hardin

Dated: 10/19/11                                    /s/ Anna C. Gehriger
                                                             Anna C. Gehriger, Esq.
                                                             for Wal-Mart Stores, Inc.

The nonexpert discovery cutoff is extended to December 15, 2011.

IT IS SO ORDERED.

Dated:   **October 20, 2011**                   **/s/ Barbara A. McAuliffe**
                                                             UNITED STATES MAGISTRATE JUDGE