**LOJOHN A. SHEPARDSON, SBN 129081**

59 N. Santa Cruz Ave., Ste. Q
Los Gatos, CA 95030
T (408) 395-3701
F (408) 395-0112
E Shepardsonlaw@me.com

Attorney for Plaintiff,
ZANE HARDIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZANE HARDIN,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>    Defendant. | Case No. 1:08-CV-00617 AWI-BAM<br><br>**PLAINTIFF ZANE HARDIN'S NOTICE OF MOTION TO COMPEL DISCOVERY RELATING TO 1) WAL-MART RULE 30b6 WITNESSES; 2) EXTEND NUMBER OF FACT WITNESS FROM 10-15; 3) WAL-MART EMPLOYEE CHAMBERS' DEPOSITION; 4) CHAMBERS' RELATED DOCUMENT REQUEST; 5) EXTEND DISCOVERY DEADLINE**[1]<br><br>Date: December 16, 2011<br>Time: 9 a.m.<br>Courtroom: 8, 6th Floor<br>Judge: Magistrate Barbara McAuliffe<br>Courtroom Clerk: Harriet Ann Herman<br>(559) 499-5788<br>TRIAL DATE: June 12, 2012 |

---

[1] Assuming Plaintiff's motion is granted, the existing fact based discovery deadline of 12/15/11 will probably have to moved. We anticipate Wal-Mart will not promptly produce Ms. Chambers or the Rule 30b6 witness, and Plaintiff also needs to take the depositions of former Store Managers Ramirez (Wal-Mart to produce, and now is unable) and Wallis.

-1-
NOTICE OF MOTION MOTIONS TO COMPEL RELATING TO 1) Increasing from 10-15 no. of depositions 2) Compelling Rule 30b6 witnesses 3) Compelling Chambers deposition 4) Compelling production of Chambers related documents.
*U.S.D.C. – Eastern District of California,* Case No. 1:08-CV-00617 AWI GSA

Plaintiff Zane Hardin hereby gives Notice that on December 16, 2011 at 9 a.m. in Courtroom 8 of the Fresno Federal District court located at 2500 Tulare Street, Courtroom 8, 6th Floor, Fresno, CA 93721, he will bring a Motion to Compel Defendant Wal-Mart Stores, Inc. to produce a Fed. R. Civ. Pro. 30b6 Deposition witness on certain topics, seek leave to extend the number of fact based depositions that Plaintiff may take from 10 to 15, produce Wal-Mart employee Ms. Susan Chambers for Deposition, compel the production of Wal-Mart documents relating to Ms. Chambers' memo, and extend the discovery cutoff date to allow for said additional discovery.

This motion is based on this Notice, the Joint Statement (opposing counsel has yet to respond to the proposed joint statement, and will be promptly filed), and the declaration of John A. Shepardson, Esq.  The Joint Statement is provided in lieu of a Memorandum, as allowed for in Local Rule 251.

Dated: November 23, 2011

/S/ John A. Shepardson
JOHN A. SHEPARDSON, Attorney
for Plaintiff, ZANE HARDIN

-2-
NOTICE OF MOTION MOTIONS TO COMPEL RELATING TO 1) Increasing from 10-15 no. of depositions 2) Compelling Rule 30b6 witnesses 3) Compelling Chambers deposition 4) Compelling production of Chambers related documents.
*U.S.D.C. – Eastern District of California,* Case No. 1:08-CV-00617 AWI GSA