UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ZANE HARDIN, | ) | CIV-F-08-0617 AWI BAM |
| Plaintiff, | ) ) | ORDER HEARING DATE OF FEBRUARY 22, 2012 AND TAKING MATTER UNDER SUBMISSION |
| v. | ) ) | |
| WAL-MART STORES, INC.; and DOES 1-100, | ) ) ) | |
| Defendants. | ) ) | |

Defendant Wal-Mart has filed a motion for summary judgment. Plaintiff Hardin has filed an opposition. Defendant has filed a reply. The court has reviewed the papers and has determined that the motions are suitable for decision without further oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 22, 2012, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   February 20, 2012                                  _____
                                                                                  CHIEF UNITED STATES DISTRICT JUDGE