UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZANE HARDIN, ) | CIV-F-08-0617 AWI BAM |
| ) | |
| Plaintiff, ) | ORDER RESETTING SCHEDULE |
| ) | |
| v. ) | |
| ) | |
| WAL-MART STORES, INC.; and DOES ) 1-100, ) | |
| ) | |
| Defendants. ) | |

    The pretrial conference before Judge Anthony Ishii set for 8:30 AM, Wednesday, February 29, 2012 is moved to 1:30 PM, Monday, March 5, 2012.  The settlement conference before Judge Barbara McAuliffe set for 9:30 AM, Wednesday, February 29, 2012 is moved to 10:00 AM, Monday, March 5, 2012.

IT IS SO ORDERED.

Dated:   February 28, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE