# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZANE HARDIN, | CIV-F-08-0617 AWI BAM |
| Plaintiff, | ORDER RESETTING BRIEFING SCHEDULE FOR MOTION |
| v. | |
| WAL-MART STORES, INC.; and DOES 1-100, | |
| Defendants. | |

Plaintiff Zane Hardin has made a motion for reconsideration of the grant of summary judgment in favor of Defendant Wal-Mart. The hearing is scheduled for April 23, 2012. Plaintiff is in extremely poor health and the case must be expedited as much as possible. Plaintiff has now made a motion to shorten time, requesting a hearing date of April 9, 2012. Defendant's counsel states that he is not available on that date. Instead, Defendant suggests a shortened briefing schedule after which the court could issue a ruling based on the filings. That plan comports with the practice of this court.

IT IS ORDERED

Defendant must file an opposition to the motion for reconsideration by 4:00 PM on March 28, 2012.

Plaintiff must file a reply by 4:00 PM on March 30, 2012.

Thereafter, the matter is taken under submission and the court will issue a ruling as

1

expeditiously as possible.  The April 23, 2012 hearing date will be left on calendar in case oral argument is necessary; the court will contact the parties if that is the case.

IT IS SO ORDERED.

Dated:     March 22, 2012                              _____
                                                      CHIEF UNITED STATES DISTRICT JUDGE