**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZANE HARDIN,<br><br>          **Plaintiff**,<br><br>    v.<br><br>WAL-MART STORES, INC.; and DOES<br>1-100,<br><br>          **Defendants**. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CIV-F-08-0617 AWI BAM

**ORDER HEARING DATE OF APRIL 23, 2012 AND TAKING MATTER UNDER SUBMISSION**

      Plaintiff Zane Hardin has filed a motion for reconsideration.  Defendant Wal-Mart opposes the motion.  The court has reviewed the papers and has determined that the motions are suitable for decision without further oral argument. See Local Rule 230(g).

      Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 23, 2012, is VACATED, and no party shall appear at that time.  As of that date, the court will take the matter under submission and will shortly thereafter issue its decision.

IT IS SO ORDERED.

Dated:    April 18, 2012   

                       CHIEF UNITED STATES DISTRICT JUDGE

1