1
2
3
4
5
6        **UNITED STATES DISTRICT COURT**
7        **EASTERN DISTRICT OF CALIFORNIA**
8
9
10 **ZANE HARDIN,**       )    **CIV-F-08-0617 AWI BAM**
              )
11        **Plaintiff**,   )    **ORDER MOVING SUMMARY**
              )    **JUDGMENT HEARING DATE TO**
12    **v.**       )    **AUGUST 27, 2012**
              )
13 **WAL-MART STORES, INC.; and DOES** )
   **1-100,**      )
14               )
       **Defendants**.   )
15 _____ )
16

17      Defendant Wal-Mart filed a motion for summary judgment with the hearing date set for

18 July 30, 2012.  Plaintiff Zane Hardin made previously made two motions to compel, one of

19 which effectively sought to reopen discovery.  In opposition to the summary judgment motion,

20 Plaintiff's briefing stated that additional discovery is warranted, without addressing the merits of

21 disparate impact.  The motions to compel have been denied by Magistrate Judge McAuliffe.  In

22 order to give Plaintiff a full opportunity to oppose the summary judgment motion on the merits,

23 the hearing for the motion is rescheduled for 1:30 PM on August 27, 2012.  Plaintiff's opposition

24 is due at 4:00 PM on August 13, 2012.

25 IT IS SO ORDERED.

26

27 Dated:   July 26, 2012      _____

          CHIEF UNITED STATES DISTRICT JUDGE

28

                  1