UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ZANE HARDIN, | ) | CIV-F-08-0617 AWI BAM |
| | ) | |
| Plaintiff, | ) | ORDER VACATING HEARING |
| | ) | DATE OF AUGUST 27, 2012 AND |
| v. | ) | TAKING MATTER UNDER |
| | ) | SUBMISSION |
| WAL-MART STORES, INC.; and DOES | ) | |
| 1-100, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Defendant Wal-Mart has filed a motion for summary judgment. Plaintiff Hardin has filed an opposition. Defendant has filed a reply. The court has reviewed the papers and has determined that the motions are suitable for decision without further oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 27, 2012, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    August 22, 2012    _____

CHIEF UNITED STATES DISTRICT JUDGE

1